```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS143800
Cashier ID: bsandov
Transaction Date: 02/23/2023
Payer Name: THANE CHARMAN
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: THANE CHARMAN
 Case/Party: D-CAS-3-23-CV-000352-001
 Amount:         $402.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```