Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCAP@GMAIL.COM

Plaintiff, Pro Se

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>USA HOME INSPECTORSUSA HOME INSPECTORS., A CALIFORNIA CORPORATION,<br><br>    Defendant | Case No.: 3:23cv-0352-WHQ-AHG<br><br>**MOTION TO GRANT LEAVE TO ELECTRONICALLY FILE** |

   1. Plaintiff THANE CHARMAN pro se, has the following equipment and software capabilities to do electronic filing.

   2. Personal computer running Windows 10

   3. Word processing software, Microsoft Word.

   4. An e-mail account, thane@thanemckane.com

   5. Adobe Acrobat software, Acrobat 9 Pro

   6. An Internet service provider, Cox High Speed Internet

   7. Web browser, Mozilla Firefox version 109.1.

**MOTION TO GRANT LEAVE TO ELECTRONICALLY FILE** - 1

8. A scanner to convert paper documents not in a word processing format.

9. Thane Charman has a PACER Account.

10. Agree to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual.

11. THANE CHARMAN respectfully requests an order from this Court granting leave to electronically file in this case.

Dated: MARCH 1, 2023            respectfully submitted,

By: /S/ Thane Charman

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Thane Charman
Plaintiff, Pro SE

MOTION TO GRANT LEAVE TO ELECTRONICALLY FILE - 2