# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                  Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, a California limited liability company,<br><br>                  Defendant. | Case No.: 3:23-cv-00352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

      IT IS HEREBY ORDERED that Plaintiff Thane Charman's Motion to Grant Leave to Electronically File (ECF No. 4) is granted.[1] Plaintiff is required to follow all rules and policies in the ECF Manual, available via the Court's website. As stated in the ECF Manual, Plaintiff "must register as a user with the Clerk's Office and as a subscriber to PACER within five (5) days." ECF Manual § 2(b).

Dated: March 8, 2023

                                        */s/ William Q. Hayes*
                                  Hon. William Q. Hayes
                                  United States District Court

---

[1] Plaintiff's motion was sent to the Court via email and filed by the Court on Plaintiff's behalf. Plaintiff is warned that any future motions must be properly filed to be considered by the Court.

1