# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman

*Plaintiff*

V.

U.S.A Home Inspectors, A California limited liability company

*Defendant*

**Civil Action No.** 23cv0352-MMA-AHG

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KEITH KLINGER
U.S.A. HOME INSPECTORS SAN DIEGO, LLC
7760 MARGERUM AVE., #124, SAN DIEGO, CA, 92120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Thane Charman
2270 Boundary St
San Diego, CA 92104
(619) 915-6198

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/23/23



John Morrill
*CLERK OF COURT*

Si          M. Williams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-0352-MMA-AHG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S.A. HOME INSPECTORS SAN DIEGO, LLC c/o KEITH KLINGER, REGISTERED AGENT was received by me on *(date)* Mar 1, 2023, 1:43 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SHAWN "DOE", PERSON IN CHARGE AND AUTHORIZED TO RECEIVE (**Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: White**) , who is designated by law to accept service of process on behalf of *(name of organization)* U.S.A. HOME INSPECTORS SAN DIEGO, LLC on *(date)* Thu, Mar 02 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: I then mailed a copy addressed to KEITH KLINGER at the same address. ; or

My fees are $ 145.00 for travel and $ 0.00 for services, for a total of $ $145.00.

I declare under penalty of perjury that this information is true.

Date: 03/02/2023

*Server's signature*

AMEN ABRAHIM
SAN DIEGO COUNTY 3583

*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708 LOS ANGELES, CA 90078

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 2, 2023, 2:05 pm PST at HOME: 14119 KELLI LN, EL CAJON, CA 92021-2700 received by U.S.A. HOME INSPECTORS SAN DIEGO, LLC (201835510430) c/o SHAWN DOE. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: White; Relationship: PERSON IN CHARGE - AUTHORIZED TO RECEIVE;
I knocked on the door and/or rang the doorbell and waited. The person answered the door and I asked for the Recipient. The Recipient or Person whom I made contact with accepted the papers.

Vehicle in driveway with company magnet on back and CA LP 7A14432.

2) Mail Attempt: Mar 2, 2023 at HOME: 14119 KELLI LN, EL CAJON, CA 92021-2700 addressed to U.S.A. HOME INSPECTORS SAN DIEGO, LLC c/o KEITH KLINGER. Ethnicity: Caucasian; Gender: Male;

I placed the appropriate form(s) in a sealed envelope addressed to the parties involved with postage prepaid. I deposited the envelope in the United States Postal Service (USPS) or other delivery service from Los Angeles, CA.

This mailing will complete the sub-service of the documents, normally after 10 days has passed. (CPP §415.20). This step is required by law since sub-service was the method of service and is supplemental to any prior successful service attempts sent.

References:
CCP §415.20: https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=CCP&sectionNum=415.20.