Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS. A CALIFORNIA LIMITED LIABLITY COMPANY,. KEITH KLINGER, AN INDIVIDUAL;<br><br>Defendants, | Civil Case No.: 3:23-cv-00352-WQH-AHG<br><br>**MEMORANDUM OF POINTS ANDAUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

### MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

After receiving illegal unsolicited telemarketing texts and not receiving Defendants' telemarketing policies, Plaintiff Thane Charman ("Plaintiff") filed this TCPA lawsuit against Defendant U.S.A. Home Inspectors. Dkt. 1. Plaintiff over the previous week repeatedly attempted to contact opposing party's attorney via email and voice message regarding motion to amend complaint but no one has responded. Plaintiff now seeks to amend the complaint to add the Keith Klinger. Keith Klinger, who is the owner of U.S.A. Home Inspectors. Therefore, good cause exists for amendment.

**MEMORANDUM OF POINTS ANDAUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

## II. PROCEDURAL BACKGROUND

On February 23, 2023, Plaintiff filed this Complaint for violations of telemarketing law under 47 U.S.C. § 227(c) of the Telephone Consumer Protection Act. Dkt. 1.

## III. LEGAL STANDARD

"A party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The court should freely give leave when justice so requires. *Id.*

## IV. ARGUMENT

Plaintiff should be granted leave to file the SAC to add Keith Klinger as a defendant. Plaintiff's motion is timely and no Defendants have yet appeared. The addition of Keith Klinger as a defendant is necessary and good cause exists because Keith Klinger as the owner of U.S.A. Home Inspectors plays a role in the unlawful conduct is central to Plaintiff's claims.

The TCPA, 47 U.S.C. § 227(c) makes it unlawful for any person to make telemarketing calls to people on the do not call list. Defendants send text messages and are sending them unlawfully. Keith Klinger nor U.S.A. Home Inspectors have not yet filed any responsive pleading despite U.S.A. Home Inspectors being served with a copy of the summons and complaint by process server. Prejudice to the opposing party must be substantial to warrant denial of a motion for leave to amend a pleading. *Abels v. JBC Legal Group, P.C.*, 229 F.R.D. 152, 156 (N.D. Cal. 2005). Defendants will not be prejudiced by the amendment at all. The case is still in its early stages.

## V. CONCLUSION

For the foregoing reasons, Plaintiff requests that the Motion for Leave to File a Second Amended Class Action Complaint should be granted.

**MEMORANDUM OF POINTS ANDAUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Dated: APRIL, 26 2023        Respectfully submitted,


By:  /s/ Thane charman
Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

THANE CHARMAN
*Plaintiff, Pro Se*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**