Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual | Civil Case No.: 3:23-cv-00352-WQH-AHG |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF THANE CHARMAN IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |
| U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABLITY COMPANY,. Keith Klinger, An Individual; | |
| Defendants, | |

I, Thane Charman, hereby declare the following in support of Plaintiff's Motion for Leave to Amend:

1. I am the Pro Se Plaintiff in Case No.: 3:23-cv-00352-WQH-AHG

2. I am competent to testify to the matters stated herein.

3. This declaration is based on personal knowledge of the matters set forth herein.

4. Attached as Exhibit A is the [Proposed] Second Amended Complaint.

COMPLAINT                                            1

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date stated below in San Diego, California

Dated: April 26, 2023             respectfully submitted,

By: /s/ Thane charman
Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

THANE CHARMAN
*Plaintiff, Pro Se*

COMPLAINT                    2