# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman

*Plaintiff*

V.

U.S.A. Home Inspectors, a California Limited Liability Company; Keith Klinger, An Individual

*Defendant*

Civil Action No. 23cv0352-WQH-AHG

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

KEITH KLINGER
14119 KELLI LN
EL CAJON, CA 92021-2700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thane Charman
2270 Boundary Street
San Diego, CA 92104
619-300-1119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/26/23



John Morrill
*CLERK OF COURT*

S/ _____ C. Lam
*Signature of Clerk or Deputy Clerk*

Civil Action No. 23-CV-0352-MMA-AHG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KEITH KLINGER was received by me on *(date)* Jun 6, 2023, 12:29 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* JOHN DOE, PERSON IN CHARGE AND AUTHORIZED TO ACCEPT (**Age: 67; Ethnicity: Caucasian; Gender: Male; Weight: 190+; Height: 6'0"; Hair: Gray**) , a person of suitable age and discretion who resides there, on *(date)* Sun, Jun 18 2023 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $145.00.

I declare under penalty of perjury that this information is true.

Date: 06/26/2023

*Server's signature*

DESIREE SALGADO
SAN DIEGO COUNTY 3423

*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708 LOS ANGELES, CA 90078

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 11, 2023, 1:15 pm PDT at HOME: 14119 KELLI LN, EL CAJON, CA 92021-2700
No answer no sounds

2) Successful Attempt: Jun 18, 2023, 1:40 pm PDT at HOME: 14119 KELLI LN, EL CAJON, CA 92021-2700 received by JOHN DOE. Age: 67; Ethnicity: Caucasian; Gender: Male; Weight: 190+; Height: 6'0"; Hair: Gray;
I knocked on the door and/or rang the doorbell and waited. The person answered the door and I asked for the Recipient. The Recipient or Person whom I made contact with accepted the papers.