Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABLITY COMPANY,. KEITH KLINGER, AN INDIVIDUAL;<br><br>Defendants, | Civil Case No.: 3:23-cv-00352-WQH-AHG<br><br>REQUEST FOR CLERKS ENTRY OF DEFAULT |

 Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

REQUEST FOR CLERKS ENTRY OF DEFAULT

1
2
3
4
5       Dated: October 24, 2023              Respectfully submitted,
6
7
8                                    By:  /s/ Thane charman
                                          THANE CHARMAN
9                                         *Plaintiff, Pro Se*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR CLERKS ENTRY OF DEFAULT

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual | Civil Case No.: 3:23-cv-00352-WQH-AHG |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF THANE CHARMAN IN SUPPORT OF REQUEST FOR CLERKS ENTRY OF DEFAULT |
| U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABLITY COMPANY,. KEITH KLINGER, AN INDIVIDUAL | |
| Defendants, | |

Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

I, THANE CHAMRAN, declare the following in support of Plaintiff's Request for Clerk's entry of Default against Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER:

1. I am the Plaintiff, Pro Se, in the above-entitled action. I am familiar with the file, records, and pleadings in this matter.

2. An amended complaint was filed on May 21, 2023

3. Summons were issued on May 26, 2023.

4. Defendant U.S.A. HOME INSPECTORS, was served with a copy of the summons and complaint on June 2, 2023, as reflected on the docket sheet by the proof of service on July 29, 2023

5. Defendant KEITH KLINGER, was served with a copy of the summons and complaint on June 18, 2023, as reflected on the docket sheet by the proof of service on July 29, 2023

6. An answer to the complaint was due by Defendant U.S.A. HOME INSPECTORS by June 23, 2023.

7. An answer to the complaint was due by Defendant KEITH KLINGER by July 9, 2023.

8. Defendant's have failed to appear, plead, or otherwise defend within the time allowed and therefore, are now in default.

9. Plaintiff requests that the clerk of court enter Default against the Defendant.

Dated: October 24, 2023     Respectfully submitted,

By: /s/ Thane charman

THANE CHARMAN

*Plaintiff, Pro Se*

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br> U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABLITY COMPANY,. KEITH KLINGER, AN INDIVIDUAL<br><br>Defendants, | Civil Case No.:  3:23-cv-00352-WQH-AHG<br><br>CERTIFICATE OF SERVICE |

   I hereby certify that on October 24, 2023. I caused a true copy of the foregoing PLAINFIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGEMENT to be served via USPS mail to Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER at 14119 KELLI LN, EL CAJON, CA 92021-2700.

CERTIFICATE OF SERVICE

Dated: October 24, 2023              respectfully submitted,


By: /s/ Thane charman
    THANE CHARMAN
    *Plaintiff, Pro Se*

CERTIFICATE OF SERVICE