Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>                    Plaintiff,<br><br>v.<br><br> U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABLITY COMPANY,. KEITH KLINGER, AN INDIVIDUAL;<br><br><br>                    Defendants, | Civil Case No.:  3:23-cv-00352-WQH-AHG<br><br>REQUEST FOR CLERKS ENTRY OF DEFAULT |

Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

1

2  Dated: May 30, 2024   Respectfully submitted,

3

4

5        By: /s/ Thane charman

          THANE CHARMAN

6          *Plaintiff, Pro Se*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR CLERKS ENTRY OF DEFAULT

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABLITY COMPANY,. KEITH KLINGER, AN INDIVIDUAL<br><br>Defendants, | Civil Case No.:  3:23-cv-00352-WQH-AHG<br><br>DECLARATION OF THANE CHARMAN IN SUPPORT OF REQUEST FOR CLERKS ENTRY OF DEFAULT |

Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

I, THANE CHAMRAN, declare the following in support of Plaintiff's Request for Clerk's entry of Default against Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER:

1. I am the Plaintiff, Pro Se, in the above-entitled action. I am familiar with the file, records, and pleadings in this matter.

2. An amended complaint was filed on May 21, 2023 (ECF No. 9)

3. Summons were issued on May 26, 2023.

4. Defendant U.S.A. HOME INSPECTORS, was served with a copy of the summons and the amended complaint on June 2, 2023 (ECF No.17).

5. Defendant KEITH KLINGER, was served with a copy of the summons and amended complaint on June 18, 2023 (ECF No.18).

6. An answer to the amended complaint was due by Defendant U.S.A. HOME INSPECTORS by June 23, 2023.

7. An answer to the amended complaint was due by Defendant KEITH KLINGER by July 9, 2023.

8. Defendant's have failed to appear, plead, or otherwise defend within the time allowed and therefore, are now in default.

9. Plaintiff requests that the clerk of court enter Default against the Defendant.

Dated: May 30, 2024                 Respectfully submitted,

By: /s/ Thane charman

THANE CHARMAN

*Plaintiff, Pro Se*

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br> U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABLITY COMPANY,. KEITH KLINGER, AN INDIVIDUAL<br><br>Defendants, | Civil Case No.:  3:23-cv-00352-WQH-AHG<br><br>PROOF OF SERVICE |

I , Thane Charman am over 18, a pro per plaintiff in this matter and have served on the Defendants as follows: PLAINFIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGEMENT via USPS first class mail to Defendants U.S.A. HOME INSPECTORS and KEITH KLINGER at 14119 KELLI LN, EL CAJON, CA 92021-2700.

PROOF OF SERVICE

I swear under penalty of perjury that the above was served as stated.

Dated: May 29, 2024          respectfully submitted,

By:  /s/ Thane charman
     THANE CHARMAN
     *Plaintiff, Pro Se*