UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>   Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, a California limited liability company; KEITH KLINGER, an individual,<br><br>   Defendants. | Case No.: 3:23-cv-00352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

    On May 30, 2024, Plaintiff Thane Charman ("Plaintiff") filed a Request for Clerk's Entry of Default against Defendants U.S.A. Home Inspectors and Keith Klinger (collectively, "Defendants"). (ECF No. 19.) On June 4, 2024, the Clerk of the Court entered default against Defendants. (ECF No. 20.) On June 10, 2024, Plaintiff filed a Motion for Default Judgment against Defendants. (ECF No. 21.) In the caption of the Motion for Default Judgment, Plaintiff includes a hearing date of January 16, 2024.

    Pursuant to Civil Local Rule 7.1.b, "All hearing dates for any matters on which a ruling is required must be obtained from the Clerk of the judge to whom the case is assigned." S.D. Cal. CivLR 7.1.b. Plaintiff has not done so.

1

IT IS HEREBY ORDERED that the hearing date of January 16, 2024, is vacated.

IT IS FURTHER ORDERED that Defendants shall file a response in opposition to the Motion for Default Judgment (ECF No. 21) no later than 14 days from the date this Order is filed. Plaintiff shall file any reply no later than 21 days from the date this Order is filed.

IT IS FURTHER ORDERED that there will be no oral argument unless requested by the Court.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order to Defendants at the mailing addresses stated in the Motion for Default Judgment at ECF No. 21 at 16.

Dated: June 17, 2024

*[signature: William Q. Hayes]*
Hon. William Q. Hayes
United States District Court