Keith Klinger
1961 Euchee Rd.
Ten Mile, TN 37880
619-300-9754
Kieth@usa-homeinspectors.com

FILED
JUL 0 8 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABILITY COMPANY, Kieth Klinger, An individual<br><br>Defendant(s). | *Title of Document:*<br><br>Reply to Motion for Default Judgement<br>Case No. 3:23-cv-00352-WHQ-AHG |

## **REPLY TO MOTION FOR DEFAULT JUDGMENT**

Now comes forth the defendant in this matter to respond to the plaintiff's motion for summary judgment. The defendant requests that this court deny the plaintiff's motion for summary judgment for the reasons stated below.

The defendant was never served with the amended complaint and also the defendant relocated in December 2023. Because of these two issues the defendant never had a chance to respond to this lawsuit. Now that the defendant is fully aware of this matter the defendant is ready to take on this case on the merits. The

defendant is not an "unresponsive party" and is entitled to try this case to completion.

The plaintiff claims they received 2 pre-recorded calls, however that is not the case. There were no pre-recorded calls and these allegations do not meet the elements of the TCPA 227(b) or (c) as the plaintiff claims. This is why this case needs to go to trial. The damages that the plaintiff seeks need to be severely examined as claims such as "reduced battery usage" and "reduced data plan usage" could not possibly meet the damage threshold amount for federal cases.

The defendant has clear meritorious defenses to this absurd claim as there were no pre-recorded or automated calls which are elements for the alleged TCPA claims.

Wherefore the defendant asks that the court deny the motion for default judgment and to allow the case to proceed on the merits as the defense has multiple defenses ready to present and the fact that the defense was not served the amended complaint.

Dated: 7/3/2024

Respectfully submitted,

/s/ *Keith Klinger*

Keith Klinger

Pro Se Litigant

CERTIFICATE OF SERVICE

This is to certify that I have on this date served upon the necessary parties in the foregoing matter, a true and correct copy of the within by service via email and/or certified mail to the defendant.

Respectfully submitted,

/s/ Keith Klinger

Keith Klinger

Pro Se Litigant

# PRIORITY MAIL EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**FROM:** Keith Klinger
1961 Euchee Rd
Ten Mile, TN 37880
PHONE (64) 200-9759

**TO:** Clerk of the Court
333 West Broadway
San Diego, CA 92101

PO ZIP Code: 60461
Date Accepted: 07/03/24
Scheduled Delivery Date: 07/06/24 SAT
Weight: 3 lbs
Postage: $30⁴⁵
Total Postage & Fees: $30⁴⁵

U.S. POSTAGE PME
OLYMPIA
JUL 03, 2024

UNITED STATES POSTAL SERVICE

L 34 ⌐




