Keith Klinger
1961 Euchee Rd.
Ten Mile, TN 37880
619-300-9754
Kieth@usa-homeinspectors.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THANE CHARMAN, individual )
)
)
)
) *Title of Document:*
)
Plaintiff, )
) Motion For Leave to Amend Reply to Default
v. ) Judgment
) Case No. 3:23-cv-00352-WHQ-AHG
U.S.A. HOME INSPECTORS, A )
CALIFORNIA LIMITED LIABILITY )
COMPANY, Kieth Klinger, An individual )
)
Defendant(s). )

---

# MOTION FOR LEAVE TO AMEND REPLY TO DEFAULT

# JUDGMENT

Now comes forth the defendant in this matter to request leave to amend the former reply to default judgment.

The reasons for requesting leave to amend is that there is more evidence to put forth to show why this case should be ruled on the merits. The defendant only missed the deadline because he was still moving, getting things together, and handling family issues. Now that the defendant is settled in he is ready to put forth his defense to this case.

1 | The defendant has ample evidence to show that these so-called phone calls
2 | that the defendant received do not fall under the TCPA at all. The plaintiff is a real
3 | estate agent who advertises his number through various mediums, therefore
4 | subjecting his phone number to calls of all kinds.
5 | Also the phone calls he received were not spam or "robo" calls. Because of
6 | the plaintiff being a public businessman and entrepreneur, this new evidence
7 | should be submitted to show how the plaintiff subjects his phone number to
8 | inquiries of all kinds.
9 | For this reason the defendant asks for leave to amend his response to show
10 | the new evidence as to why this matter should be dismissed.

Dated: 7/24/2024                                                Respectfully submitted,

/s/ *Keith Klinger*

Keith Klinger

Pro Se Litigant

CERTIFICATE OF SERVICE

This is to certify that I have on this date served upon the necessary parties in the foregoing matter, a true and correct copy of the within by service via email and/or certified mail to the defendant.

Respectfully submitted,

/s/ Keith Klinger

Keith Klinger

Pro Se Litigant

Keith Klinger
1961 Euchee Rd.
Ten Mile, TN 37880

**CERTIFIED MAIL**

9589 0710 5270 0508 5854 64

RECEIVED
JUL 29 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk of the Court
333 West Broadway
Suite 420
San Diego, CA 92101

U.S. POSTAGE PAID
FCM LETTER
ATLANTA, GA 30344
JUL 24, 2024
$4.85
R2305K139664-56


FOREVER / USA