UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, a California limited liability company; KEITH KLINGER, an individual,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:23-cv-00352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

　　On June 10, 2024, Plaintiff Thane Charman filed a Motion for Default Judgment Against Defendant. (ECF No. 21.)

　　On July 8, 2024, Defendant Keith Klinger filed a Response in opposition to the Motion for Default Judgment. (ECF No. 23.)

　　On July 22, 2024, Plaintiff filed a Reply.

　　On July 29, 2024, Defendant Klinger filed a Motion for Leave to Amend Reply to Default Judgment. (ECF No. 25.)

　　IT IS HEREBY ORDERED that the Motion for Leave to Amend Reply to Default Judgment (ECF No. 25) is granted as follows. Defendant Klinger shall file a supplement

1

1  to his Response in opposition to the Motion for Default Judgment within ten (10) days of
2  the entry of this Order. Plaintiff shall file any reply within seven (7) days that Defendant
3  files the supplement to his Response in opposition.

4  Dated:  July 31, 2024

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court