IN AND FOR THE UNITED STATES DISTRICT COURT
IN THE STATE OF CALIFORNIA.

DEREK HILL
                        APPELLANT/DEFENDANT

V.

                                    REASON OBJECTION TO RESPONSE.
                                    ANSWER FAN'S CECP'S
                                    AND REQUESTING TIME EXTENSION OF
                                    30 DAYS

CHARLES SCHUYLER (ACTING WARDEN)
                        RESPONDANT

 

APPELLANT DEREK HILL HAS JUST RECIEVED A NOTIFICATION FROM THIS COURT'S REGARDING A RESPONSE FROM COURT REGARDING (FAP'S) INTO SUBSTANTIATING MY CLAIM RAISED ON PRIORLY FOR THE COLLATERAL JURISDICTION, I AM GRANTED AND WAITING UPON COURT TO RESPOND AND SCHEDULE A COURT HEARING I HAD AS IT STATED UNTIL 31ST OF JULY, 2024.

I RECENTLY HAD JUST RECIEVED MY MAIL OF NOTIFICATION THAT IS BEYOND OUT OF MY CONTROL WHICH DID INFACT LEFT ME VULNERABLE TO HAVE A SUCCESSFUL APPEAL PROCEEDING SINCE THE LOWER COURTS DID NOT RESPOND. I AM REQUESTING THIS COURT TO GRANT ME A 30 DAY EXTENTION FOR I HAVE ONCE SUBMITTED. I DO HAVE EXISTING MERITS, (PRIMA FACIE) THAT WITHOUT REASONABLE DOUBT CONSIST OF AMPLE AMOUNT OF SUFFICIENT PROPER AND AMPLE OF EVIDENCES THAT WILL SUBSTANTIATE MY CLAIM FOR RELIEF AS ONCE SOUGHT. UNDER MY DUE PROCESS RIGHT UNDER MY 14TH IT IS ENTITLED TO ME WHEN A PETITIONER/APPELLANT INFORMS THE COURTS INFORMING THEM THE EXISTANCE OF MERITS

MUST AWARD THE APPELLANT THAT OPPORTUNITY. ARISE, DISPLAY FOR THOSE EXISTANCES) OF MERITIOUS CLAIM CASE I WILL SURVIVE FOR W FAVOR OF APPELLANT DEREK HILL FOR THE RELIEF.

## Conclusion

THIS COURT SHOULD ALLOW APPELLANT THE EXTENSION OF TIME OF 30 DAY'S DUE TO THE FACT IT WAS BEYOND OUT HIS CONTROL AND WAS NOT HIS ERROR DUE TO ~~CAUSED~~ HIS DIFERENCES) THAT APPEALLANT COUNSIST OF SHOULD BE ALLOWED AGAIN TO PROVIDE TO THIS COURT.

RESPECTFULY SUBMITTED.

DEREK HILL     APPELLANT / DEFENDANT

DATE. JULY 20, 2024

I DECLARE THE FORELOWING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY.



DEREK HILL
AR-2078
Salinas Valley State Prison
P.O. Box 1050 C7-106
Soledad, C.A. 93960

RECEIVED
AUG 13 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

US POSTAGE PITNEY BOWES
ZIP 93960 $ 000.69⁰
0001393392 AUG 08 2024

Uni...
Sout...
Of...
333 West Broadway Ste...
San Diego, California 92101

USDC Southern Dist
333 W. Broadway Ste 420
San Diego CA 92101

92101$3806 C067

