# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                  Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, a California limited liability company; KEITH KLINGER, an individual,<br><br>                  Defendants. | Case No.: 3:23-cv-00352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

    Pursuant to Plaintiff's Notice of Dismissal Without Prejudice (ECF No. 28),

    IT IS HEREBY ORDERED that Defendant Keith Klinger is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: September 17, 2024

                                             *[signature]*
                                        Hon. William Q. Hayes
                                        United States District Court