1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11   THANE CHARMAN,                          Case No.:  3:23-cv-352-WQH-AHG

12                           Plaintiff,       **ORDER**

13   v.

14   U.S.A. HOME INSPECTORS, a
     California limited liability
15   company,

16                           Defendant.

17

18   HAYES, Judge:

19        On October 4, 2024, Plaintiff Thane Charman ("Plaintiff") filed a "Motion Allowing

20   Plaintiff to File Second Amended Complaint" ("Motion for Leave to Amend") seeking the

21   Court's permission to amend Plaintiff's Complaint (ECF No. 1) to remove Keith Klinger

22   as a defendant and to properly identify U.S.A. Home Inspectors as "U.S.A. Home

23   Inspectors San Diego, LLC." (ECF No. 31 at 1–3.)

24        On January 13, 2025, the Court issued an Order (the "January 13 Order") granting

25   Plaintiff's Motion for Leave to Amend (ECF No. 31). (ECF No. 33.) The January 13 Order

26   stated, in relevant part, that:

27        Plaintiff shall file the proposed Second Amended Complaint (ECF No. 31-1),
          entitled "Second Amended Complaint," within seven (7) days of the entry of

28

1

1  this Order. If and when the Second Amended Complaint is filed, the Clerk of
2  the Court shall re-issue the summons as to U.S.A. Home Inspectors.

3  *Id.* at 5.

4  The docket reflects that Plaintiff has not complied with the Court's January 13 Order
5  or taken any action since its issuance.

6  It appearing to the Court that dismissal for want of prosecution may be appropriate
7  in this case, Plaintiff is hereby **ORDERED TO SHOW CAUSE** as to why this case should
8  not be dismissed for failure to prosecute and failure to comply with the Court's January 13
9  Order (ECF No. 33).

10  IT IS HEREBY ORDERED that Plaintiff shall file a response to this Order by May
11  12, 2025. If Plaintiff fails to respond to this Order, the Court will dismiss this case without
12  prejudice.

13

14  Dated:  April 28, 2025

15  Hon. William Q. Hayes
16  United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

2

3:23-cv-352-WQH-AHG