UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                        Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, a California limited liability company,<br><br>                        Defendant. | Case No.: 3:23-cv-352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

    On October 4, 2024, Plaintiff Thane Charman ("Plaintiff") filed a "Motion Allowing Plaintiff to File Second Amended Complaint" ("Motion for Leave to Amend") seeking the Court's permission to amend Plaintiff's Complaint (ECF No. 1) to remove Keith Klinger as a defendant and to properly identify U.S.A. Home Inspectors as "U.S.A. Home Inspectors San Diego, LLC." (ECF No. 31 at 1–3.)

    On January 13, 2025, the Court issued an Order (the "January 13 Order") granting Plaintiff's Motion for Leave to Amend (ECF No. 31). (ECF No. 33.) The January 13 Order stated, in relevant part, that:

> Plaintiff shall file the proposed Second Amended Complaint (ECF No. 31-1), entitled "Second Amended Complaint," within seven (7) days of the entry of

1

this Order. If and when the Second Amended Complaint is filed, the Clerk of the Court shall re-issue the summons as to U.S.A. Home Inspectors.

*Id.* at 5.

Plaintiff subsequently failed to file the Second Amended Complaint in compliance with the January 13 Order. On April 28, 2025, the Court issued an Order (the "Order to Show Cause") ordering Plaintiff to show cause "as to why this case should not be dismissed for failure to prosecute and failure to comply with the Court's January 13 Order (ECF No. 33)." (ECF No. 34 at 2.)

On May 12, 2025, Plaintiff filed the Second Amended Complaint. (ECF No. 35.) The same day, Plaintiff filed a Response to Court's Order to Show Cause (ECF No. 36), requesting the Court review and accept the Second Amended Complaint and explaining that the delay in filing was unintentional and due to illness.

Having considered Plaintiff's Response to Court's Order to Show Cause and the Second Amended Complaint, the Court finds good cause to discharge the Order to Show Cause. IT IS HEREBY ORDERED that the Order to Show Cause (ECF No. 34) is discharged. This action remains open, and Plaintiff's Second Amended Complaint (ECF No. 35) is the operative pleading. The Clerk of the Court shall re-issue the summons as to U.S.A. Home Inspectors.

Dated:  May 14, 2025

Hon. William Q. Hayes
United States District Court