UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                Plaintiff,<br>v.<br><br>U.S.A. HOME INSPECTORS, a California limited liability company,<br><br>                Defendant. | Case No.: 3:23-cv-352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

    On October 4, 2024, Plaintiff Thane Charman ("Plaintiff") filed a "Motion Allowing Plaintiff to File Second Amended Complaint" ("Motion for Leave to Amend") seeking the Court's permission to amend Plaintiff's Complaint (ECF No. 1) to remove Keith Klinger as a defendant and to properly identify U.S.A. Home Inspectors as "U.S.A. Home Inspectors San Diego, LLC." (ECF No. 31 at 1–3.)

1

On January 13, 2025, the Court issued an Order (the "January 13 Order") granting Plaintiff's Motion for Leave to Amend (ECF No. 31). (ECF No. 33.) The January 13 Order stated, in relevant part, that:

> Plaintiff shall file the proposed Second Amended Complaint (ECF No. 31-1), entitled "Second Amended Complaint," within seven (7) days of the entry of this Order. If and when the Second Amended Complaint is filed, the Clerk of the Court shall re-issue the summons as to U.S.A. Home Inspectors.

*Id.* at 5.

Plaintiff subsequently failed to file the Second Amended Complaint in compliance with the January 13 Order. On April 28, 2025, the Court issued an Order (the "Order to Show Cause") ordering Plaintiff to show cause "as to why this case should not be dismissed for failure to prosecute and failure to comply with the Court's January 13 Order (ECF No. 33)." (ECF No. 34 at 2.)

On May 12, 2025, Plaintiff filed a redline, strikethrough version of the Second Amended Complaint. (ECF No. 35.) The same day, Plaintiff filed a Response to Court's Order to Show Cause (ECF No. 36), requesting the Court review and accept the Second Amended Complaint and explaining that the delay in filing was unintentional and due to illness.

On May 14, 2025, after reviewing Plaintiff's Response and the Second Amended Complaint, the Court found good cause to discharge the Order to Show Cause (ECF No. 34). (ECF No. 37.) The Court further ordered that the redline, strikethrough version of the Second Amended Complaint (ECF No. 35) would serve as the operative pleading and directed the Clerk to re-issue the summons as to U.S.A. Home Inspectors. *Id.* at 2.

The same day, the Clerk of the Court issued the summons as to U.S.A. Home Inspectors. (ECF No. 38.)

On June 9, 2025, Plaintiff filed a clean version of the Second Amended Complaint—identical in substance to the May 12, 2025 filing, but without redlines or strikethroughs (the "Cleaned-Up Second Amended Complaint"). (ECF No. 39.) The Court considers the

Cleaned-Up Second Amended Complaint (ECF No. 39) to be the operative pleading. The summons issued on May 14, 2025 (ECF No. 38) remains valid and operative.

Dated: June 30, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court