Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

THANE CHARMAN, individual
Plaintiff,

v.

U.S.A. HOME INSPECTORS SAN DIEGO, LLC, A CALIFORNIA LIMITED LIABLITY COMPANY

Defendants,

Civil Case No.: 3:23-cv-00352-WQH-AHG

REQUEST FOR CLERKS ENTRY OF DEFAULT

Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants U.S.A. HOME INSPECTORS SAN DIEGO, LLC pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: September 15, 2025 Respectfully submitted,

By: /s/ Thane charman
THANE CHARMAN
*Plaintiff, Pro Se*