Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br>Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS SAN DIEGO, LLC, A CALIFORNIA LIMITED LIABLITY COMPANY,.<br><br>Defendants, | Civil Case No.: 3:23-cv-00352-WQH-AHG<br><br>DECLARATION OF THANE CHARMAN IN SUPPORT OF REQUEST FOR CLERKS ENTRY OF DEFAULT |

Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants U.S.A. HOME INSPECTORS SAN DIEGO, LLC and pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

I, THANE CHAMRAN, declare the following in support of Plaintiff's Request for Clerk's entry of Default against Defendants U.S.A. HOME INSPECTORS SAN DIEGO, LLC:

1. I am the Plaintiff, Pro Se, in the above-entitled action. I am familiar with the file, records, and pleadings in this matter.

2. A Second Amended complaint was filed on June 9, 2025 Summons were issued on May 14, 2025. That the Court ordered were still valid (ECF No. 40)

3. Defendant U.S.A. HOME INSPECTORS SAN DIEGO, LLC, was served with a copy of the summons and complaint on June 11, 2025, as reflected on the docket sheet by the proof of service On September 15, 2025 (ECF No. 41)
4. An answer to the complaint was due by Defendant U.S.A. HOME INSPECTORS by July 2, 2025.
5. Defendant's have failed to appear, plead, or otherwise defend within the time allowed and therefore, are now in default.
6. Plaintiff requests that the clerk of court enter Default against the

Defendant.

Dated: September 15, 2025 Respectfully submitted,

By: /s/ Thane charman

THANE CHARMAN

*Plaintiff, Pro Se*