Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS SAN DIEGO, LLC, A CALIFORNIA LIMITED LIABLITY COMPANY<br><br><br>Defendants, | Civil Case No.:  3:23-cv-00352-WQH-AHG<br><br>CERTIFICATION OF SERVICE |

I hereby certify that on September 16, 2025. I caused a true copy of Declaration Of Thane Charman In Support Of Request For Clerks Entry Of Default, and  Request For Clerks Entry of Default (ECF No. 42) be served via USPS mail to Defendant U.S.A. Home Inspectors San Diego, Llc At 14119 Kelli Ln El Cajon, Ca 92021.

1    Dated: August 16, 2024          respectfully submitted,

2

3

4                                    By:  /s/ *Thane Charman*

5                                         Thane Charman
                                          *Plaintiff, Pro Se*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF SERVICE

I hereby certify that on September 16, 2025. I caused a true copy of this Certification of Service was served via USPS mail to Defendant U.S.A. Home Inspectors San Diego, Llc At 14119 Kelli Ln El Cajon, Ca 92021.

Dated: September 16, 2025          Respectfully submitted,

By: /s/ Thane charman
THANE CHARMAN
*Plaintiff, Pro Se*