Keith Klinger
1961 Euchee Rd.
Ten Mile, TN 37880
619-300-9754
Kieth@usa-homeinspectors.com

FILED
SEP 29 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AC DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABILITY COMPANY<br><br>Defendant(s). | *Title of Document:*<br><br><u>OPPOSITION TO REQUEST FOR CLERK'S ENTRY OF DEFAULT AND DEFAULT JUDGMENT</u><br><br>Case No. 3:23-cv-00352-WHQ-AHG |

## **<u>OPPOSITION TO REQUEST FOR CLERK'S ENTRY OF DEFAULT AND DEFAULT JUDGMENT</u>**

COMES NOW, U.S.A. Home Inspectors San Diego, LLC ("Defendant"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, and hereby respectfully moves this Court to deny Plaintiff's Request for Clerk's Entry of Default and any subsequent Default Judgment. Default; Default Judgment.

### **INTRODUCTION**

Plaintiff Thane Charman filed a Request for Clerk's Entry of Default against Defendant U.S.A. Home Inspectors San Diego, LLC on September 15, 2025. This request should be denied because: (1) the summons issued on May 14, 2025, is fatally defective as it fails to include the Defendant's name and address as required by the Federal Rules of Civil Procedure; (2) the proof of service is inadequate and fails to properly identify who was served; and (3) Defendant was not properly served with the summons and complaint. Additionally, Defendant is actively seeking legal representation to respond to the complaint.

## FACTUAL BACKGROUND

1. On May 14, 2025, the Court issued a summons in this matter. The summons, however, does not contain the Defendant's name and address in the designated section where this information is required.
2. According to the Proof of Service filed on September 15, 2025, service was allegedly made on June 11, 2025, at 14119 Kelli Ln, El Cajon, CA 92021, to an individual identified only as "Alissa D."
3. No one authorized to accept service on behalf of U.S.A. Home Inspectors San Diego, LLC was served on June 11, 2025.
4. Defendant is currently in the process of securing legal representation to respond to the complaint.

5. On September 15, 2025, Plaintiff filed a Request for Clerk's Entry of Default against Defendant.

## LEGAL ARGUMENT

### The Summons Is Invalid Because It Fails to Comply with Rule 4(a)

Federal Rule of Civil Procedure 4(a)(1) explicitly requires that a summons must "name the court and the parties" and "be directed to the defendant." Summons. The summons issued in this case on May 14, 2025, fails to comply with these requirements as it does not contain the Defendant's name and address in the designated section. This omission renders the summons invalid and any service attempted with this defective summons is likewise invalid.

### The Proof of Service Is Inadequate

The Proof of Service filed by Plaintiff is inadequate as it fails to properly identify who was served. The document merely states that service was made on "Alissa D" without providing her full name, title, or relationship to the Defendant. This vague identification is insufficient to establish that proper service was made on an individual authorized to accept service on behalf of the Defendant.

### Defendant Was Not Properly Served

Defendant affirmatively states that no authorized representative of the U.S.A. Home Inspectors San Diego, LLC was served with the summons and complaint on June 11, 2025, as claimed in the Proof of Service. Without proper service, the time period for Defendant to respond to the complaint has not begun to run. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing.

## Entry of Default Is Not Appropriate

Entry of default under Rule 55(a) is only appropriate when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Default; Default Judgment. Given the defective summons and improper service, Defendant has not "failed to plead or otherwise defend" within the meaning of Rule 55(a). Additionally, Defendant is actively seeking legal representation to respond to the complaint, demonstrating its intent to defend this action.

## Good Cause Exists to Extend Time for Response

Even if the Court were to find that service was proper, good cause exists to extend the time for Defendant to respond to the complaint. Federal Rule of Civil Procedure 6(b)(1) provides that the Court may, for good cause, extend the time for a party to act. Computing and Extending Time; Time for Motion Papers.

Defendant's efforts to secure legal representation constitute good cause for an extension of time to respond to the complaint.

<u>Relief from Default Is Warranted</u>

If the Court has already entered default, Defendant respectfully requests that the Court set aside the entry of default. Relief from default is warranted when there are defects in the service of process. Relief from a Judgment or Order.

## CONCLUSION

For the foregoing reasons, Defendant U.S.A. Home Inspectors San Diego, LLC respectfully requests that this Court deny Plaintiff's Request for Clerk's Entry of Default and any subsequent Default Judgment. Alternatively, Defendant requests that the Court set aside any entry of default and grant Defendant a reasonable extension of time to secure legal representation and file a responsive pleading.

WHEREFORE, Defendant U.S.A. Home Inspectors San Diego, LLC respectfully requests that this Court:

1. Deny Plaintiff's Request for Clerk's Entry of Default;
2. Alternatively, set aside any entry of default that may have been entered;

3. Grant Defendant a reasonable extension of time to secure legal representation and file a responsive pleading; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Keith Klinger

Authorized Representative

U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABILITY COMPANY

Pro Se Litigant

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served upon the necessary parties in the foregoing matter, a true and correct copy of the within by service via email and/or certified mail to the defendant.

Respectfully submitted,

/s/ Keith Klinger

Authorized Representative

U.S.A. HOME INSPECTORS, A CALIFORNIA LIMITED LIABILITY COMPANY

Pro Se Litigant



...



