UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>         Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, a California limited liability company,<br><br>         Defendant. | Case No.: 3:23-cv-352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

  On June 9, 2025, Plaintiff Thane Charman ("Plaintiff") filed the Cleaned-Up Second Amended Complaint, the operative pleading in this case. (ECF No. 39.)

  On September 15, 2025, Plaintiff filed a Request for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a). (ECF No. 42.) On September 30, 2025, the Clerk of the Court entered Default against Defendant U.S.A. Home Inspectors San Diego, LLC, a California Limited Liability Company ("U.S.A. Home Inspectors").

1

On September 29, 2025, Keith Klinger ("Klinger") filed an Opposition to Request for Clerk's Entry of Default and Default Judgment ("Opposition"), requesting that the Clerk not enter default against U.S.A. Home Inspectors, contending that Plaintiff's service of U.S.A. Home Inspectors was inadequate, and seeking more time to secure legal representation for U.S.A. Home Inspectors. (ECF No. 44.) Klinger, proceeding pro se, purported to represent U.S.A. Home Inspectors. *Id.*

On October 17, 2025, the Court issued an Order staying the case to provide U.S.A. Home Inspectors time to retain an attorney and instruct that attorney to enter an appearance in this action. (ECF No. 46.) The Court stated: "If no notice of appearance is filed on behalf of U.S.A. Home Inspectors within thirty (30) days of the entry of this Order, the Court will lift the stay without considering Klinger's arguments on behalf of U.S.A. Home Inspectors in his pro se filings." (*Id.* at 3.)

The docket reflects that no notice of appearance has been filed on behalf of U.S.A. Home Inspectors.

In accordance with the Court's October 17 Order, IT IS HEREBY ORDERED that the stay in this case is lifted. The Court will not consider Klinger's arguments on behalf of U.S.A. Home Inspectors. The Default entered by the Clerk of Court (ECF No. 45) remains in effect.

Dated: November 24, 2025

Hon. William Q. Hayes
United States District Court