UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                      Plaintiff,<br><br>v.<br><br>U.S.A. HOME INSPECTORS, a California Limited Liability Company,<br><br>                      Defendant. | Case No.: 3:23-cv-352-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

    On June 9, 2025, Plaintiff Thane Charman ("Plaintiff") filed the Cleaned-Up Second Amended Complaint, the operative pleading in this case. (ECF No. 39.)

    On September 15, 2025, Plaintiff filed a Request for Clerk's Entry of Default against Defendant U.S.A. Home Inspectors San Diego, LLC, a California Limited Liability Company ("U.S.A. Home Inspectors") pursuant to Federal Rule of Civil Procedure 55(a). (ECF No. 42.) On September 30, 2025, the Clerk of the Court entered Default against Defendant U.S.A. Home Inspectors. (ECF No. 45.)

    On September 29, 2025, Keith Klinger ("Klinger") filed an Opposition to Request for Clerk's Entry of Default and Default Judgment ("Opposition"). (ECF No. 44.) Klinger,

proceeding pro se, purported to represent U.S.A. Home Inspectors. *Id.* On October 17, 2025, the Court issued an Order staying the proceedings and stating: "If no notice of appearance is filed on behalf of U.S.A. Home Inspectors within thirty (30) days of the entry of this Order, the Court will lift the stay without considering Klinger's arguments on behalf of U.S.A. Home Inspectors in his pro se filings." (ECF No. 46 at 2–3.)

On November 24, 2025, the Court issued an Order lifting the stay and stating: "The Court will not consider Klinger's arguments on behalf of U.S.A. Home Inspectors. The Default entered by the Clerk of Court (ECF No. 45) remains in effect." (ECF No. 47 at 2.)

Local Civil Rule 55.1 provides: "If plaintiff(s) fail(s) to move for default judgment within thirty (30) days of the entry of default, the Clerk will prepare, with notice, an order to show cause why the complaint against the defaulted party should not be dismissed." S.D. Cal. Civ. L.R. 55.1.

More than thirty (30) days have elapsed since the Clerk entered Default against Defendant U.S.A. Home Inspectors (ECF No. 45), excluding the period during which this action was stayed. The docket reflects that Plaintiff has not filed a motion for default judgment against Defendant U.S.A. Home Inspectors pursuant to Federal Rule of Civil Procedure 55(b).

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE as to why the claims against Defendant U.S.A. Home Inspectors should not be dismissed pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.1. Plaintiff shall file a response to this Order no later than fourteen (14) days from the date this Order is filed. If Plaintiff does not file a response, the Court will dismiss Plaintiff's claims against Defendant U.S.A. Home Inspectors without prejudice.

Dated:  December 16, 2025

Hon. William Q. Hayes
United States District Court