Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual | Civil Case No.:  3:23-cv-00352-WQH-AHG |
| Plaintiff, | |
| v. | |
| U.S.A. HOME INSPECTORS SAN DIEGO, LLC, A CALIFORNIA LIMITED LIABLITY COMPANY | **RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |
| Defendant, | **HONORABLE William Q. Hayes** |

## <u>PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE</u>

**__Part One:__**

Plaintiff Thane Charman response to Court order (ECF No. 48) to show cause as to why Plaintiff has not filed a motion for default judgment against Defendant pursuant to federal rule of Civil Procedure 55(b).

Background:

On June 9, 2025, Plaintiff Thane Charman ("Plaintiff") filed the Cleaned-Up Second Amended Complaint, the operative pleading in this case. (ECF No. 39.)

On September 15, 2025, Plaintiff filed a Request for Clerk's Entry of Default against Defendant U.S.A. Home Inspectors San Diego, LLC, a California Limited Liability Company ("U.S.A. Home Inspectors") pursuant to Federal Rule of Civil Procedure 55(a). (ECF No. 42.)

On September 30, 2025, the Clerk of the Court entered Default against Defendant U.S.A. Home Inspectors. (ECF No. 45.)

On September 29, 2025, Keith Klinger ("Klinger") filed an Opposition to Request for Clerk's Entry of Default and Default Judgment ("Opposition"). (ECF No. 44.) Klinger, proceeding pro se, purported to represent U.S.A. Home Inspectors. *Id.*

1   On October 17, 2025, the Court issued an Order staying the proceedings and stating: "If

2   no notice of appearance is filed on behalf of U.S.A. Home Inspectors within thirty (30)

3   days of the entry of this Order, the Court will lift the stay without considering Klinger's

4   arguments on behalf of U.S.A. Home Inspectors in his pro se filings." (ECF No. 46 at 2–

5   3.)

6

7

8   On November 24, 2025, the Court issued an Order lifting the stay and stating: "The Court

9   will not consider Klinger's arguments on behalf of U.S.A. Home Inspectors. The Default

10  entered by the Clerk of Court (ECF No. 45) remains in effect." (ECF No. 47 at 2.)

11

12

13  Legal Arguments:  Under Fed.R.Civ.6 (B) The Court is allowed to extend a specified

14  time for good cause.  Good causes include excusable neglect.  Sever unexpected illness

15  are included in the category of excusable neglect.

16

17

18  Plaintiffs Health Status: Plaintiff Thane Charman has been diagnosed with Chronic

19  Fatigue Syndrome. Plaintiff has lived with this debilitating disease for the last six (6)

20  years of his life.  There is no cure or treatment for Chronic Fatigue Syndrome.  For the

21  last several weeks Plaintiff has been struggling with an episode of Chronic Fatigue.  It

22  has left the Plaintiff bedridden with fevers above 101 degrees.  Plaintiff is still unwell.

RESPONSE TO COURT'S ORDER TO SHOW CAUSE

1    Request A:  The Court not dismiss Plaintiff's claims due to his ill health

2

3

4    **PART TWO:**  Continuance to file Motion for Default Judgment.

5

6    Status of Motion for Default Judgment:

7

8    Plaintiff filed a Motion for Default Judgment on December 29, 2025 (ECF No.49).

9

10   The Number of Previous Requests for Continuance:  Plaintiff has not made one prior

11   request for extension of time to file Motion for Default Judgment.

12

13

14   Whether the Requested Continuance Will Affect Other Case Management Deadlines:

15   The Court extending the deadline for Plaintiff to file a Motion for Default Judgment from

16   October 30, 2025 to December 29, 2025 will not affect any other case management

17   deadlines.

18

19   Request B: Plaintiff requests a Continuance so that the Motion for Default Judgment filed

20   on December 29, 2025 is valid.

21

22

23   Conclusion:

24

25   Plaintiff struggles with the debilitating illness of Chronic Fatigue Syndrome.  The disease

26   leave the Plaintiff bedridden with profound fatigue.  The foregoing requests are not being

27

28

1    made for the purpose of delay, made in good faith and for the purpose if efficiency and

2    judicial and party economy.  As good cause exists not to dismiss Plaintiff's claims and to

3

4    extend the time for Plaintiff to file a Motion for Default Judgment.

5    WEREFORE, Plaintiff respectfully requests that the court extend the date to file a Motion

6    for Default to December 29, 2025.

7

8

9    Date December 29, 2025, 2025                    Respectfully

10

11

12                                                   By: /s/ *Thane Charman*

13                                                   Thane Charman

14                                                   Plaintiff, Pro Se

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO COURT'S ORDER TO SHOW CAUSE

**PROOF OF SERVICE**

I, Thane Charman, am over 18, a pro per plaintiff in this matter and have served on Defendant as follows:

Response to Court's order to show cause has been sent by US Mail, postage pre-paid, first class to: U.S.A. HOME INSPECTORS SAN DIEGO, LLC at 14119 KELLI LN EL CAJON, CA 92021

Date December 29, 2025, 2025                    Respectfully

By: /s/ *Thane Charman*

Thane Charman

Plaintiff, Pro Se

RESPONSE TO COURT'S ORDER TO SHOW CAUSE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPONSE TO COURT'S ORDER TO SHOW CAUSE